RODNEY WOMACK V72109
(Petitioner)

J. WALKER (WARDEN)
(Respondent[s])

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

(PR)

FILED
08 JUL 28 AM 11:11
RICHARD W. WIEKING
U.S. DISTRICT

CV 08 3594 MMC

I, RODNEY WOMACK, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes _____    No ✓

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   N/A

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   SSI

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?    Yes ___    No ✓
   b. Rent payments, interest or dividends?    Yes ___    No ✓
   c. Pensions, annuities or life insurance payments?    Yes ___    No ✓
   d. Gifts or inheritances?    Yes ___    No ✓
   e. Any other sources?    Yes ___    No ✓

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   N/A

3. Do you own any cash, or do you have money in a checking or savings account?    Yes ___    No ✓
   (Include any funds in prison accounts)

   If the answer is yes, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    Yes ___    No ✓

   If the answer is yes, describe the property and state its approximate value.    N/A

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY
App. 14-H -- 8    Page 8 of 9

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. __N/A__

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____
*(Date)*

_Rodney Womock_
*Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __28.71__ on account to his credit at the __CSP- SACRAMENTO__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said _____
instutition: _____

DATED __7/2/08__

_Dini A. West_
*Authorized Officer of Institution*

__Acct CLK II__
*Title of Officer*

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Dini A. West_
TRUST OFFICE

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

App. 14-H -- 9      Page 9 of 9

```
REPORT ID: TS3030  .701                                                          REPORT DATE: 07/02/08
                                                                                 PAGE NO:          1
                             CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIF STATE PRISON SACRAMENTO
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: DEC. 01, 2007 THRU JUL. 02, 2008

ACCOUNT NUMBER   : V72109                      BED/CELL NUMBER: FB1 2 000000023L
ACCOUNT NAME     : WOMACK, RODNEY JEROME            ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                              TRUST ACCOUNT ACTIVITY

   TRAN
DATE CODE  DESCRIPTION     COMMENT     CHECK NUM   DEPOSITS    WITHDRAWALS   BALANCE

12/01/2007 BEGINNING BALANCE                                                    0.00

ACTIVITY FOR 2008
04/22*DD30  CASH DEPOSIT   MR8501-ROC               13.50                      13.50
05/21*W502  POSTAGE CHARG  703515                                 2.79         10.71
06/16*DD30  CASH DEPOSIT   MR8741-ROC               18.00                      28.71

                         * RESTITUTION ACCOUNT ACTIVITY *

DATE SENTENCED: 03/08/05                      CASE NUMBER: *050411512
COUNTY CODE: *CC                              FINE AMOUNT: $    5,652.00

DATE    TRANS.    DESCRIPTION                          TRANS. AMT.   BALANCE

12/01/2007 BEGINNING BALANCE                                         5,652.00
04/22/08   DR30   REST DED-CASH DEPOSIT                   15.00-     5,637.00
06/16/08   DR30   REST DED-CASH DEPOSIT                   20.00-     5,617.00

  * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
  * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                              TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL        TOTAL        CURRENT       HOLDS        TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS     BALANCE      BALANCE       TO BE POSTED

   0.00         31.50         2.79         28.71         0.00            0.00

                                                           CURRENT
                                                          AVAILABLE
                                                           BALANCE
                                                           -------
                                                            28.71
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:



CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
      TRUST OFFICE

# PROOF OF SERVICE

(C.C.P. §2015.5; 28 U.S.C. §1745)

I, _____, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_____
_____
_____
_____

On, _____, _____, I served the following documents:

_____
_____ on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _____    2. _____
   _____       _____
   _____       _____
   _____       _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _____ day of _____, _____, at California State Prison at Sacramento, Represa, California.

(Signature)_____
Declarant