August 18, 2008

FILED
AUG 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

TO: United States District Court,

Please accept the enclosed money order in the amount of $5.00 for the filing fee for:

Rodney Jerome Womack V-72109

Case Number: CV083594

Rodney's current address is B1-223 C.S.P. SAC, P.O. Box 29-0066, Represa, CA. 95671-0066

Thank you Sincerely,
Marion Womack-Payne
MARION WOMACK-PAYNE
235 Aloha, Pittsburg, CA 94565
Phone: (925) 473-1217

P.S. Please note further that part of the case number stamp is partially covering the date stamped on your form. It appears to be 08 Jul 26 or 28th; copy also enclosed.

Case 3:08-cv-03594-MMC   Document 4   Filed 08/19/2008   Page 2 of 3 

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number _____.

→ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   ✓ ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ok ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ok ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 11/07

WOMACK

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611822561
Cashier ID: tlucklam
Transaction Date: 08/19/2008
Payer Name: marion womack payne
-----------------------------------
WRIT OF HABEAS CORPUS
 For: marion womack payne
 Case/Party: D-CAN-3-08-CV-003594-001
 Amount:        $5.00
-----------------------------------
MONEY ORDER
 Check/Money Order Num: 12367437671
 Amt Tendered: $5.00
-----------------------------------
Total Due:       $5.00
Total Tendered: $5.00
Change Amt:     $0.00

MMC

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```