IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RODNEY JEROME WOMACK,** | C 08-3594 MMC (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **J. WALKER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until May 26, 2009, to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30) days of his receipt of a motion to dismiss, if any.

IT IS SO ORDERED.

DATED: __April 24, 2009_____        _____
                                                                   MAXINE M. CHESNEY
                                                                   United States District Judge