IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RODNEY JEROME WOMACK,** | C 08-3594 MMC (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **J. WALKER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until May 26, 2009, to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30) days of his receipt of a motion to dismiss, if any.

IT IS SO ORDERED.

DATED:  _____April 24, 2009_____         _____
                                            MAXINE M. CHESNEY
                                            United States District Judge

1