United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK, | No. C 08-3594 MMC (PR) |
| Petitioner, | **ORDER GRANTING PETITIONER'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE** |
| v. | |
| J. WALKER, Warden, | **(Docket No. 12)** |
| Respondent. | |

Good cause appearing, petitioner's request for an extension of time to file a traverse to the answer to the petition is hereby GRANTED. Petitioner shall file his traverse on or by **September 26, 2009**.

This order terminates Docket No. 12.

IT IS SO ORDERED.

DATED: July 28, 2009

_____
MAXINE M. CHESNEY
United States District Judge