United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK, ) | No. C 08-3594 MMC (PR) |
| Petitioner, ) | **ORDER GRANTING PETITIONER'S MOTION TO AMEND TRAVERSE ; DENYING MOTION FOR EXPEDITED RULING** |
| v. ) | |
| J. WALKER, Warden, ) | **(Docket Nos. 14 & 16)** |
| Respondent. ) | |
| _____ ) | |

Good cause appearing, petitioner's motion to amend the traverse is hereby GRANTED. The Clerk shall docket the motion (Docket No. 14) as an amendment to the traverse.

Petitioner's motion for an expedited ruling on the merits of his habeas corpus petition is hereby DENIED. The Court will rule on the petition after thoroughly reviewing the arguments and evidence in support of and in opposition thereto.

This order terminates Docket Nos. 14 and 16.

IT IS SO ORDERED.

DATED: August 9, 2010

_____
MAXINE M. CHESNEY
United States District Judge