IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY JEROME WOMACK, | ) | No. C 08-3594 MMC (PR) |
| Petitioner, | ) ) | **ORDER GRANTING PETITIONER EXTENSION OF TIME TO PAY FILING FEE** |
| v. | ) ) | |
| TIM VIRGA, Warden, | ) | **(Docket No. 27)** |
| Respondent. | ) ) | |
| _____ | ) | |

Good cause appearing, petitioner's request for an extension of time in which to pay the filing fee for his appeal is hereby GRANTED. Within **thirty (30)** days of the date of this order, petitioner shall pay the $455.00 filing fee and include with his payment a clear indication that it is for the appeal in the above-referenced case number, C 08-3594 MMC (PR).

This order terminates Docket No. 27.

IT IS SO ORDERED.

DATED: June 6, 2012

_____
MAXINE M. CHESNEY
United States District Judge