1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK, | No. C 08-3594 MMC (PR) |
| Petitioner, | **ORDER DENYING MOTION FOR PHOTOCOPIES; DIRECTIONS TO CLERK** |
| v. | |
| TIM VIRGA, Warden, | **(Docket No. 35)** |
| Respondent. | |

Petitioner's motion for photocopies is hereby DENIED. Petitioner is advised that the proper way to obtain copies of documents is to file a request for photocopies with the Clerk, using the court-approved "Request for Photocopies" form and to pay $.50 per page.

The Clerk shall enclose a "Request for Photocopies" form and the docket with a copy of this order to petitioner.

This order terminates Docket Number 35.

IT IS SO ORDERED.

DATED: July 19, 2013

MAXINE M. CHESNEY
United States District Judge